UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                                            NOTICE OF APPEARANCE

      - against -

                                                                            1:13-CR-205

COURTNEY MELVILLE
                        Defendant
-----------------------------------------------------------------------X

To the Clerk of the Court:

**PLEASE TAKE NOTICE**, that **GREGORY S. WATTS**, was retained to represent the above named defendant, Courtney Melville. I respectfully request that the Clerk of the Court note my appearance in this case.

Dated:  June 24, 2013
          Kings County

                                                                  Yours, etc.,

                                                                     *Gregory S. Watts*

                                                                   Gregory S. Watts
                                                                   Attorney for Defendant
                                                                   26 Court Street, Suite 910
                                                                   Brooklyn, New York 11242
                                                                   (718) 875-5020