GREGORY S. WATTS
*Attorney at Law*
26 Court Street, Suite 910
Brooklyn, New York 11242
(718) 875-5020
Fax (718) 237-0639
Email: Gswatts26@aol.com

> The status conference in this case is advanced to October 11, 2013 at 2:00pm. Although the instant request will be addressed at that conference, counsel are advised that because my schedule is such that it may well not be possible for me to adjourn the trial date, they should proceed with their trial preparation in the interim.
>
> So ordered.    s/ ARR    USDJ
> 9/30/13
>
> cc: All counsel

Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re:  United States v. Courtney Melville
     1:13-CR-00205
     Letter Application for a Continuance of the
     Scheduled Trial

Dear Judge Ross:

I am seeking to adjourn Courtney Melville's trial scheduled from November 4, 2013, jury selection, and November 6, 2013, trial, until a future date. I agreed to the above scheduling, but in hindsight, was overly optimistic.

Mr. Melville, as the court is aware, has a pending indictment, #4809-2012, charging him with Attempted Murder in the Second Degree, Penal Law§110/125.25, in the Supreme Court, Kings County. Mr. Melville was arrested June 5, 2012. Mr. Melville is seeking to proceed to trial on this case.

On Monday, September 23, 2013, while on trial, Mr. Melville's case was adjourned to November 14, 2013. I requested this case to be advanced upon my return for the week of October 21, 2013, to schedule a trial date.

Additionally, the additional time will allow me to reopen plea discussion with the government in lieu of a trial. I informed Assistant United States Attorney, Matthew Armatruda and Kevin M. Trowel of my request and the newly assigned prosecutor.