**CRIMINAL CAUSE FOR PLEADING:**

BEFORE: ALLYNE R. ROSS, U.S.D.J.    DATE: 10/25/2013    TIME: 10:00am
CR-13-205

DEFT NAME: Courtney Melville                    #
    ✓ present    ___ not present    ✓ cust.    ___ bail

DEFENSE COUNSEL: Gregory Watts
    ✓ present    ___ not present    ___ CJA    ✓ RET.    ___ LAS

**A.U.S.A.:** Kevin Trowel & Julia Nestor    CLERK: D. LASALLE

Rep. A. Sherman                    OTHER: _____
INT:    (LANG. - _____)

x    CASE CALLED.    ___ DEFTS FIRST APPEARANCE.
DEFT x    SWORN    ___ ARRAIGNED   x    INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
___ DEFT ENTERS A PLEA OF NOT GUILTY TO ALL CTS.

___ DEFT ENTERS **GUILTY PLEA** TO CTS._____ OF
    (Superseding) INDICTMENT/INFORMATION.
✓   DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.
    2 & 3  Of the indictment.
X   COURT FINDS FACTUAL BASIS FOR THE PLEA.
x   SENTENCING SET FOR 3/5/2014 @ 11:00am.

___ DEFT ENTER **NOT GUILTY PLEA**.
✗   BAIL ___ SET ✗ CONT'D FOR DEFT.
✓   DEFT CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
        CODE TYPE_____ START_____ STOP_____

        _____ORDER / WAIVER EXECUTED & FILED.   ___ ENT'D ON RECORD.

OTHER: Plea agreement marked as government exhibit one; Plea agreement returned to AUSA Trowel.