TRULINCS 82206053 - MELVILLE, COURTNEY - Unit: BRO-I-B

---

FROM: 82206053
TO:
SUBJECT:
DATE: 01/29/2014 02:47:50 PM

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ FEB 03 2014 ★

BROOKLYN OFFICE

January 29, 2014

Re: United States V Courtney Melville
Criminal Docket No. 13-CR-205 (ARR)

Dear Judge Ross:

In Response to your letter i received on January 12, 2014 I understand you denied my motion to withdraw my guilty plea, or alternatively that the court dismiss the firearm count on my guilty plea. The reason for me not appearing in court on January 9, 2014 is because my lawyer Gregory Watts was suppose to come see me to go over my response to the government and he failed to appear also he advised me when he came to see me on January 7th that i can refuse court and sent my response to the government in. I have asked my lawyer to respond to the letter that you sent to me to submit reply papers further explaining my position, I have asked my attorney to adjourn my court date and ask for an extension on my motion to respond. I apologize for what i may have cause by not appearing in your court room on the date i was to appear. Judge if the courts may grant me sometime to file a pro-se motion i am willing to put the motion in because my attorney has continuously dragged his feet on my behalf.

Respectfully,

Courtney Melville
Reg # 82206-053